UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 19-285 (SRN)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN ROSS WHITAKER,

    Defendant.

**ORDER**

This matter is before the Court on the motion of the United States of America, by Erica H. MacDonald, United States Attorney for the District of Minnesota, and Amber M. Brennan, Assistant United States Attorney, for an order extending the time in which the parties are required to file sentencing position pleadings by six days, up to and including Monday, February 24, 2020 [Dkt. 22].

Based upon all of the records and proceedings in this case, the Government's motion is GRANTED. Now, therefore, IT IS HEREBY ORDERED: the parties shall file their respective sentencing position pleadings on or before Monday, February 24, 2020.

Dated: Feb. 18, 2020

s/Susan Richard Nelson
Susan Richard Nelson
United States District Judge

.